**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael E. Miller and Margaret T. Miller | CHAPTER 13 |
| Debtor(s) | BKY. NO. 13-18947 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0478

                                        Respectfully submitted,

                                      **/s/Thomas Puleo, Esquire**
                                      Thomas Puleo, Esquire
                                      Brian C. Nicholas, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406