# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 13-18947-AMC

MICHAEL E. MILLER
MARGARET T. MILLER
5126 SAUL STREET

PHILADELPHA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL E. MILLER
    MARGARET T. MILLER
    5126 SAUL STREET

    PHILADELPHA, PA 19124

Counsel for debtor(s), by electronic notice only.

    DAVID J. AVERETT ESQ
    7719 CASTOR AVE

    PHILADELPHIA, PA 19152

Date: 10/31/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee