**Fill in this information to identify the case:**

Debtor 1  __Margaret Miller__
           First Name                Middle Name              Last Name

Debtor 2  __Michael Miller__
(Spouse, if filing)  First Name       Middle Name              Last Name

United States Bankruptcy Court for the: __Eastern District of Pennsylvania - Philadelphia__    District of __PA__ (State)

Case number (If known): __13-18947__

Official Form 423

# Certification About a Financial Management Course

12/15

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

## Part 1: Tell the Court About the Required Course

You must check one:

✓ I completed an approved course in personal financial management:

Date I took the course  __06/20/2018__
                        MM / DD / YYYY

Name of approved provider  __Access Counseling, Inc.__

Certificate number  __15317-PAE-DE-031209631__

☐ I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on (check one):

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2: Sign Here

I certify that the information I have provided is true and correct.

/s/ Michael Miller                          Michael Miller              06/20/2018
Signature of debtor named on certificate    Printed name of debtor      MM / DD / YYYY

Official Form 423            Certification About a Financial Management Course

Certificate Number: 15317-PAE-DE-031209631

Bankruptcy Case Number: 13-18947



15317-PAE-DE-031209631

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2018, at 12:51 o'clock PM PDT, Michael Miller completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 20, 2018          By: /s/Jonald Gutierrez

                             Name: Jonald Gutierrez

                             Title: Counselor

Fill in this information to identify the case:

Debtor 1 __Margaret Miller__
First Name / Middle Name / Last Name

Debtor 2 __Michael Miller__
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania - Philadelphia   District of __PA__ (State)

Case number (If known) __13-18947__

Official Form 423

## Certification About a Financial Management Course

12/15

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course

You must check one:

☑ I completed an approved course in personal financial management:

Date I took the course __06/20/2018__ MM / DD / YYYY

Name of approved provider __Access Counseling, Inc.__

Certificate number __15317-PAE-DE-031209630__

☐ I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on (check one):

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

/s/ Margaret Miller            Margaret Miller            06/20/2018
Signature of debtor named on certificate    Printed name of debtor    MM / DD / YYYY

Official Form 423                    Certification About a Financial Management Course

Certificate Number: 15317-PAE-DE-031209630

Bankruptcy Case Number: 13-18947



15317-PAE-DE-031209630

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2018, at 12:51 o'clock PM PDT, Margaret Miller completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 20, 2018              By:    /s/Jonald Gutierrez

                                 Name:  Jonald Gutierrez

                                 Title: Counselor