Certificate Number: 15317-PAE-DE-031209630

Bankruptcy Case Number: 13-18947



15317-PAE-DE-031209630

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2018, at 12:51 o'clock PM PDT, Margaret Miller completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 20, 2018                By:      /s/Jonald Gutierrez

                                     Name:   Jonald Gutierrez

                                     Title:   Counselor